# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: admin | Date Created: 05/11/2023 |
| Case: 23–30324–lkg | Form ID: 183 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Russell C Simon | simontrustee@yahoo.com |
| aty | Michael J Benson | court@bensonlawfirms.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Kionna K Fox | 9209 Bunkum Road | Fairview Heights, IL 62208 |

TOTAL: 1