# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Kionna K Fox<br><br><br>Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 23−30324−lkg |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−8808

# ORDER AND DEFICIENCY NOTICE

To the Debtor(s) and Counsel, if any:

Pursuant to the Federal Rules of Bankruptcy Procedure debtor(s) has **14 DAYS FROM THE DATE OF FILING** the above−entitled case to file the required statements, schedules, lists and plan. The document(s) listed below are to be filed with the Court on or before 14 days from 5/10/23, the date of the filing of the above−captioned case.

    Verification of Creditor Matrix
    Statement of Current Monthly Income
    Chapter 13 Plan
    Summary of Assets and Liabilities
    Schedules A/B through J
    Unsworn Declaration Concerning Schedules
    Statement of Financial Affairs
    Disclosure of Attorney Compensation

**IT IS ORDERED** that should the debtor(s) fail to **fully** comply by filing all missing documents on or before the stated due date, this case may be dismissed without further notice or hearing.

ENTERED: May 11, 2023                        /s/ Laura K. Grandy
                                             UNITED STATES BANKRUPTCY JUDGE