# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: ao1492bnc | Date Created: 5/11/2023 |
| Case: 23–30324–lkg | Form ID: 181 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee          USTPRegion10.es.ecf@usdoj.gov
tr         Russell C Simon                simontrustee@yahoo.com
aty        Michael J Benson               court@bensonlawfirms.com

                                                                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Kionna K Fox         9209 Bunkum Road         Fairview Heights, IL 62208

                                                                                          TOTAL: 1