# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Kionna K Fox<br><br>Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 23−30324−lkg |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−8808

# ORDER

The above named debtor(s) having filed a Chapter 13 proceedings before this Court,

**IT IS ORDERED** that the debtor(s) pay to the Trustee, within thirty (30) days from the date the petition was filed/converted, and every month thereafter, the sum required under the proposed plan. Failure to make any payment under the plan may result in dismissal of the case without further notice or hearing.

ENTERED: May 11, 2023

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-30324-lkg |
| Kionna K Fox | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-3 | User: admin | Page 1 of 1 |
| Date Rcvd: May 11, 2023 | Form ID: 183 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Kionna K Fox, 9209 Bunkum Road, Fairview Heights, IL 62208-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023            Signature:     /s/Gustava Winters