| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kionna K Fox | Last 4 digits of Social Security number or ITIN: 8 8 0 8 |
| | First Name  Middle Name  Last Name | EIN ___-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Last 4 digits of Social Security number or ITIN: ____ |
| | | EIN ___-_____ |
| United States Bankruptcy Court for the: | Southern District of Illinois (State) | Date case filed for chapter 13: 05/10/2023 MM/DD/YYYY  OR |
| Case Number: | 23-30324 | [Date case filed in chapter 7: MM/DD/YYYY |
| | | Date case converted to chapter 13: MM/DD/YYYY ] |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Kionna K Fox | |
| 2. | All other names used in the last 8 years | AKA: Kionna Katrice Fox | |
| 3. | Address | 9209 Bunkum Rd<br>Fairview Heights, IL 62208 | |
| 4. | Debtor's attorney<br>Name and address | .MICHAEL J BENSON<br>815 LINCOLN HIGHWAY STE 107<br>FAIRVIEW HEIGHTS, IL 62208 | Contact Phone (618) 207-6500<br>Email |
| 5. | Bankruptcy trustee<br>Name and address | Russell Simon<br>24 BRONZE POINTE<br>SWANSEA, IL 62226 | Contact Phone (618) 277-0086<br>Email simontrustee@yahoo.com |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Melvin Price Federal Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL 62201 | Hours Open  Monday - Friday, 8:00 AM - 4:30 PM<br>Contact Phone (618) 482-9400 |

**For more information, see page 2 ▶**

| Debtor | Fox | Case number (if known) | 23-30324 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.<br>Creditors may attend, but are not required to do so. | 06/13/2023   at   2:30 pm<br>Date                  Time<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>Conference Line: 1-866-705-8918<br>Participant Code: 7377069 |
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>■ a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>■ a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: 08/14/2023 |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 07/19/2023 |
| | | **Deadline for governmental units to file a proof of claim:** | Filing deadline: 11/06/2023 |
| | | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.<br>Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| 9. | **Filing of plan** | [The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on 07/20/2023 at 9:00 am<br>Date           Time]<br><br>Or [The debtor has filed a plan. The plan or a summary of the plan and notice of confirmation hearing will be sent separately.]<br><br>Or [The debtor has not filed a plan as of this date. A copy of the plan or summary and a notice of the hearing on confirmation will be sent separately.] | Location:<br>MELVIN PRICE FEDERAL COURTHOUSE<br>750 MISSOURI AVE<br>EAST ST. LOUIS, IL  62201 |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan [is included with this notice] or [will be sent to you later], and [the confirmation hearing will be held on the date shown in line 9 of this notice] or [the court will send you a notice of the confirmation hearing]. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. | **Exempt Property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U. S.C. § 1328(f), you must file a motion. | |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>  KIONNA K FOX | CASE NO: 23-30324<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/16/2023, I did cause a copy of the following documents, described below,

Case Notice - Notice of Section 341 Meeting of Creditors

Case Notice - POC Form

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/16/2023

/s/ Russell C. Simon
Russell C. Simon

Office of the Standing Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL  62226
618 277 0086
jeffreyw@simonch13trustee.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>KIONNA K FOX | CASE NO: 23-30324<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 5/16/2023, a copy of the following documents, described below,

Case Notice - Notice of Section 341 Meeting of Creditors

Case Notice - POC Form

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/16/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Russell C. Simon
Office of the Standing Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL  62226

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-30324<br>SOUTHERN DISTRICT OF ILLINOIS<br>TUE MAY 16 8-58-0 PST 2023 | ~~US BANKRUPTCY COURT~~<br>~~750 MISSOURI AVE~~<br>~~EAST ST LOUIS  IL 62201-2988~~ | ACIMA CREDIT<br>9815 SOUTH MONROE STREET<br>4TH FLOOR<br>SANDY  UT 84070-4384 |
| CFG MERCHANT SOLUTIONS LLC<br>10W 37TH STREET  ROOM 602<br>NEW YORK  NY 10018-7473 | (P)CRESCO CAPITAL INC<br>ATTN LEGAL DEPARTMENT<br>200 OWEN PARKWAY CIRCLE<br>CARTER LAKE IA 51510-1500 | FIDELITY CREDITOR SERVICE<br>ATTN BANKRUPTCY<br>441 NORTH VARNEY STREET<br>BURBANK  CA 91502-1733 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | SALLIE MAE  INC<br>ATTN  BANKRUPTCY<br>PO BOX 9500<br>WILKES BARRE  PA 18773-9500 | SCOTT CREDIT UNION<br>ATTN BANKRUPTCY<br>101 CREDIT UNION WAY<br>EDWARDSVILLE  IL 62025-3504 |
| (P)SNAP FINANCE<br>PO BOX 26561<br>SALT LAKE CITY UT 84126-0561 | EXCLUDE<br>~~(D)(P)SNAP FINANCE~~<br>~~PO BOX 26561~~<br>~~SALT LAKE CITY UT 84126-0561~~ | SNAP FINANCE<br>CO TRUE ACCORD<br>16011 COLLEGE BLVD  STE 130<br>LENEXA  KS 66219-9877 |
| (P)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~BECKER BLDG  ROOM 1100~~<br>~~401 MAIN ST~~<br>~~PEORIA  IL 61602-1267~~ | (P)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 |
| (P)WAKEFIELD  ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | DEBTOR<br>KIONNA K FOX<br>9209 BUNKUM ROAD<br>FAIRVIEW HEIGHTS  IL 62208-1112 | MICHAEL J BENSON<br>A BANKRUPTCY LAW FIRM  LLC<br>815 LINCOLN HIGHWAY<br>SUITE 107<br>FAIRVIEW HEIGHTS  IL 62208-2230 |

EXCLUDE
~~RUSSELL C SIMON~~
~~CHAPTER 13 TRUSTEE~~
~~24 BRONZE POINTE~~
~~SWANSEA  IL 62226-1099~~