**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: KIONNA K. FOX, | ) | Chapter 13 |
| | ) | Case No.: 23-30324 |
| | ) | |
| Debtor(s). | ) | |

## MOTION FOR EXTENSION OF TIME

Comes now Debtor, KIONNA K. FOX, by and through their attorney, Michael J. Benson, and states the following:

1) That Debtor filed an emergency Chapter 13 bankruptcy petition on May 10, 2023 in the Southern District of Illinois.

2) That on May 11, 2023 an Order and Notice of Missing Documents to be filed by May 24, 2023 was entered by this Court.

3) That Debtor provided some documentation on the afternoon of May 24, 2023, but is still gathering the necessary documents to file the remaining schedules and plan.

4) The 341 Meeting of Creditors is scheduled for June 13, 2023.

5) That Debtor requests an additional fourteen (14) days to allow Debtor time to provide the remaining documentation.

6) That Debtor has not requested any other extensions of time in the instant case.

7) That Debtor has not filed the instant case to cause delay and said case was filed in good faith.

8) Therefore, Debtor respectfully prays this Court grant an extension of time of fourteen (14) days to file the remaining schedules.

WHEREFORE, Debtors pray that this Court grant an extension of fourteen (14) days to comply with the Order entered May 11, 2023.

RESPECTFULLY SUBMITTED,
By:     /s/Michael J. Benson _____
         Michael J. Benson, 06284397IL
         A Bankruptcy Law Firm, LLC
         815 Lincoln Highway, Suite 107
         Fairview Heights, IL 62208
         (618) 207-6500
         (618) 551-2575 fax
         court@bensonlawfirms.com

**CERTIFICATE OF SERVICE**

      Now comes Debtors, KIONNA K. FOX, by and through their attorney, and certifies that on May 24, 2023 via first-class mail, postage prepaid, a true and accurate copy of the Motion for Extension of Time was served upon the following persons that were not served electronically.

                                            By:    /s/Michael J. Benson

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

U.S. Trustee
Becker Bldg., Room 1100
401 Main Street
Peoria, IL 61602

All creditors on the mailing matrix.