# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Kionna K Fox | BK 23−30324−lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−8808

# ORDER

This matter having come before the Court on a motion filed by debtor(s) to extend the time for filing schedules and other documents; and the Court having reviewed said motion and being fully advised of the premises;

**IT IS ORDERED** that the motion for extension of time is **GRANTED.** Debtor(s) shall have to and including 6/8/2023 to file schedules and other required documents. Failure to file **all** of the required documents set forth in the Order and Deficiency Notice will result in the entry of an order dismissing this case without further notice or hearing.

ENTERED: May 25, 2023                    /s/ Laura K. Grandy
                                         UNITED STATES BANKRUPTCY JUDGE