# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: ao1492bnc | Date Created: 5/25/2023 |
| Case: 23–30324–lkg | Form ID: 365 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee          USTPRegion10.es.ecf@usdoj.gov
tr         Russell C Simon        simontrustee@yahoo.com
aty        Michael J Benson       court@bensonlawfirms.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Kionna K Fox        9209 Bunkum Road       Fairview Heights, IL 62208

TOTAL: 1