# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Kionna K Fox<br><br>Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 23−30324−lkg |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−8808

# ORDER

    This matter having come before the Court on a motion filed by debtor(s) to extend the time for filing schedules and other documents; and the Court having reviewed said motion and being fully advised of the premises;

    **IT IS ORDERED** that the motion for extension of time is **GRANTED.** Debtor(s) shall have to and including 6/8/2023 to file schedules and other required documents. Failure to file **all** of the required documents set forth in the Order and Deficiency Notice will result in the entry of an order dismissing this case without further notice or hearing.

ENTERED: May 25, 2023           /s/ Laura K. Grandy
                                             UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Southern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-30324-lkg |
| Kionna K Fox | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-3 | User: ao1492bnc | Page 1 of 1 |
| Date Rcvd: May 25, 2023 | Form ID: 365 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kionna K Fox, 9209 Bunkum Road, Fairview Heights, IL 62208-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 27, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J Benson | on behalf of Debtor Kionna K Fox court@bensonlawfirms.com  ablfcourtsdil@gmail.com;bensonmr85605@notify.bestcase.com |
| Russell C Simon | simontrustee@yahoo.com  pacer@simonch13trustee.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 3