# United States Bankruptcy Court
## Southern District of Illinois

In re  **Kionna K Fox**                                                        Case No.  **23-30324**
Debtor(s)                                            Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date:  **June 8, 2023**                    **/s/ Kionna K Fox**
                                           **Kionna K Fox**
                                           Signature of Debtor