Ameren
Credit and Collection
2105 E. State Route 104
Pawnee, IL 62558

Ameren
PO Box 88034
Chicago, IL 60680

Illinois Department of Revenue
BK Unit Level 7-425
100 W. Randolph St.
Chicago, IL 60601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KIONNA K. FOX, | ) | Case No. 23-30324 |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

## CERTIFICATE OF SERVICE

      Comes now Debtors, KIONNA K. FOX, by and through their attorney, and certify that on June 8, 2023 via first-class mail, postage prepaid, a true and accurate copy of the Amended Creditor Matrix was served upon the following persons that were not served electronically:

RESPECTFULLY SUBMITTED,

By: /s/ Michael J. Benson
Michael J. Benson #6284397
A Bankruptcy Law Firm, LLC
Attorney for Debtor
815 Lincoln Highway, Suite 107
Fairview Heights, IL 62208
618-207-6500
618-551-2575 fax
court@bensonlawfirms.com

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

U.S. Trustee
Becker Building, Ste. 1100
401 Main St.
Peoria, IL 61602

All creditors on amended mailing matrix