# United States Bankruptcy Court
## Southern District of Illinois

In re  **Kionna K Fox**                                                                 Case No.  **23-30324**
                            Debtor(s)                                                          Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date: **June 8, 2023**          **/s/ Kionna K Fox**
                                **Kionna K Fox**
                                Signature of Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                           )
                                                 )
KIONNA K. FOX,                                   )      Case No. 23-30324
                                                 )
                              Debtor(s).         )      Chapter 13

## CERTIFICATE OF SERVICE

      Comes now Debtors, KIONNA K. FOX, by and through their attorney, and certify that on June 8, 2023 via first-class mail, postage prepaid, a true and accurate copy of the Amended Verification of Creditor Matrix was served upon the following persons that were not served electronically:

      RESPECTFULLY SUBMITTED,

By:  /s/ Michael J. Benson
     Michael J. Benson #6284397
     A Bankruptcy Law Firm, LLC
     Attorney for Debtor
     815 Lincoln Highway, Suite 107
     Fairview Heights, IL 62208
     618-207-6500
     618-551-2575 fax
     court@bensonlawfirms.com

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

U.S. Trustee
Becker Building, Ste. 1100
401 Main St.
Peoria, IL 61602

All creditors on amended mailing matrix