IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KIONNA K. FOX, | ) | Case No. 23-30324 |
| | ) | |
| Debtor(s). | ) | Chapter 13 |

**<u>CERTIFICATE OF SERVICE</u>**

      Comes now Debtors, KIONNA K. FOX, by and through their attorney, and certify that on June 8, 2023 via first-class mail, postage prepaid, a true and accurate copy of the Notice of Commencement of Case Under Chapter 13 of the Bankruptcy Code, Meeting of Creditors and Fixing of Dates was served upon the following persons that were not served electronically:

                    RESPECTFULLY SUBMITTED,

               By:  /s/ Michael J. Benson
                    Michael J. Benson #6284397
                    A Bankruptcy Law Firm, LLC
                    Attorney for Debtor
                    815 Lincoln Highway, Suite 107
                    Fairview Heights, IL 62208
                    618-207-6500
                    618-551-2575 fax
                    court@bensonlawfirms.com

Russell C. Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

U.S. Trustee
Becker Building, Ste. 1100
401 Main St.
Peoria, IL 61602

All creditors on mailing matrix