# Notice Recipients

District/Off: 0754–3        User: ao1492bnc        Date Created: 6/15/2023
Case: 23–30324–lkg         Form ID: 321           Total: 22

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion10.es.ecf@usdoj.gov
tr      Russell C Simon           simontrustee@yahoo.com
aty     Michael J Benson          court@bensonlawfirms.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Kionna K Fox        9209 Bunkum Road        Fairview Heights, IL 62208
4273161   Acima Credit        9815 South Monroe Street        4th Floor        Sandy, UT 84070
4276745   Ameren        Credit and Collection        2105 E. State Route 104        Pawnee, IL 62558
4276746   Ameren        PO Box 88034        Chicago, IL 60680
4273162   CFG Merchant Solutions LLC        10W 37th Street, Room 602        New York, NY 10018
4273163   Cresco Capital        222 South 15th St.        Omaha, NE 68102
4273164   Fidelity Creditor Service        Attn: Bankruptcy        441 North Varney Street        Burbank, CA 91502
4276747   Illinois Department of Revenue        BK Unit Level 7–425        100 W. Randolph St.        Chicago, IL 60601
4273165   Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101–7346
4276247   LVNV Funding, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603–0587
4276739   Quantum3 Group LLC as agent for        CF Medical LLC        PO Box 788        Kirkland, WA 98083–0788
4273166   Sallie Mae, Inc        Attn: Bankruptcy        Po Box 9500        Wilkes Barre, PA 18773
4273167   Scott Credit Union        Attn: Bankruptcy        101 Credit Union Way        Edwardsville, IL 62025
4273169   Snap Finance        1193 W 2400 S        Salt Lake City, UT 84119
4273170   Snap Finance        PO Box 26561        Salt Lake City, UT 84126
4273168   Snap Finance        c/o True Accord        16011 College Blvd., Ste 130        Lenexa, KS 66219
4273171   Springleaf Financial S        1334 Central Park Dr        O Fallon, IL 62269
4273172   Upgrade, Inc.        Attn: Bankruptcy        275 Battery Street 23rd Floor        San Francisco, CA 94111
4273173   Wakefield & Associates        Attn: Bankruptcy        7005 Middlebrook Pike        Knoxville, TN 37909

TOTAL: 19