## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| In re: Kionna K Fox<br>Debtor(s) | Bankruptcy Proceeding No. 23−30324−lkg<br>Chapter No.: 13<br>Judge: Laura K. Grandy |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−8808

PLEASE TAKE NOTICE that a hearing will be held

    at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave,
    East St Louis, IL 62201
on 10/19/23 at 09:00 AM

to consider and act upon the following:

    Confirmation Hearing RESCHEDULED

    *** This notice reschedules the hearing previously set on 7/20/2023 ***

**Creditor Objections:** At least 10 days prior to the hearing on the objection to confirmation of the plan, the parties shall meet and discuss possible resolution of the objection. The burden of scheduling this meeting shall be on debtors' counsel.

**Trustee Objections:** In cases where the trustee files an objection to confirmation, the trustee shall schedule a settlement conference to discuss possible resolution of the objection. Notice of the settlement conference shall be posted on the trustee's website at least 10 days prior to the scheduled conference. All parties shall be prepared to conduct a meaningful settlement conference on the date and at the time scheduled by the trustee. If the debtor has no factual or legal basis on which to dispute the objection(s) raised by the trustee, the debtor shall file the necessary pleadings/documents to cure the objection(s) no later than the date and time of the scheduled settlement conference.

Within two days following the settlement conference, debtor's counsel shall advise the Court (by email) of those matters which have been resolved. Failure of the parties to comply with any of these provisions may result in the imposition of sanctions, including the reduction of attorney's fees.

Dated: June 15, 2023

| | |
|---|---|
| DIRECT ALL COURT CORRESPONDENCE TO:<br>U.S. BANKRUPTCY COURT<br>750 MISSOURI AVENUE<br>EAST ST. LOUIS, IL 62201 | Dean M Lugge<br>Clerk, U.S. Bankruptcy Court |

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited. Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings. When applicable contact the Bankruptcy Clerk's office at (618) 482−9400.

United States Bankruptcy Court

Southern District of Illinois

In re:  
Kionna K Fox  
    Debtor

Case No. 23-30324-lkg  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0754-3      User: ao1492bnc      Page 1 of 2  
Date Rcvd: Jun 15, 2023      Form ID: 321      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kionna K Fox, 9209 Bunkum Road, Fairview Heights, IL 62208-1112 |
| 4273162 | + | CFG Merchant Solutions LLC, 10W 37th Street, Room 602, New York, NY 10018-7473 |
| 4273164 | ++ | FIDELITY CREDITOR SERVICE, 441 N VARNEY ST, BURBANK CA 91502-1733 address filed with court:, Fidelity Creditor Service, Attn: Bankruptcy, 441 North Varney Street, Burbank, CA 91502 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4273161 | + | Email/Text: bankruptcy@acimacredit.com | Jun 15 2023 18:00:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 4276745 | + | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Jun 15 2023 18:00:00 | Ameren, Credit and Collection, 2105 E. State Route 104, Pawnee, IL 62558-4681 |
| 4276746 | + | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Jun 15 2023 18:00:00 | Ameren, PO Box 88034, Chicago, IL 60680-1034 |
| 4273163 | | Email/Text: legal@lonemountaintruck.com | Jun 15 2023 18:00:00 | Cresco Capital, 222 South 15th St., Omaha, NE 68102 |
| 4273164 | | Email/Text: bankruptcydepartment@fcscollect.com | Jun 15 2023 18:00:00 | Fidelity Creditor Service, Attn: Bankruptcy, 441 North Varney Street, Burbank, CA 91502 |
| 4276747 | | Email/Text: rev.bankruptcy@illinois.gov | Jun 15 2023 18:00:00 | Illinois Department of Revenue, BK Unit Level 7-425, 100 W. Randolph St., Chicago, IL 60601 |
| 4273165 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2023 18:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4276247 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2023 18:09:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4276739 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2023 18:00:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4273169 | | Email/Text: bankruptcy@snapfinance.com | Jun 15 2023 18:00:00 | Snap Finance, 1193 W 2400 S, Salt Lake City, UT 84119 |
| 4273170 | | Email/Text: bankruptcy@snapfinance.com | Jun 15 2023 18:00:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 4273171 | | Email/PDF: cbp@onemainfinancial.com | Jun 15 2023 18:09:00 | Springleaf Financial S, 1334 Central Park Dr, O Fallon, IL 62269 |
| 4273166 | + | Email/PDF: pa_dc_claims@navient.com | Jun 15 2023 18:09:00 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 4273167 | + | Email/Text: BankruptcyTeam@scu.org | Jun 15 2023 18:00:00 | Scott Credit Union, Attn: Bankruptcy, 101 Credit Union Way, Edwardsville, IL 62025-3504 |

| District/off: 0754-3 | User: ao1492bnc | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2023 | Form ID: 321 | Total Noticed: 19 |

| 4273168 | + Email/Text: accountservicing@trueaccord.com | Jun 15 2023 18:00:00 | Snap Finance, c/o True Accord, 16011 College Blvd., Ste 130, Lenexa, KS 66219-9877 |
| 4273172 | Email/Text: bknotice@upgrade.com | Jun 15 2023 18:00:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 4273173 | Email/Text: bankruptcytn@wakeassoc.com | Jun 15 2023 18:00:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J Benson | on behalf of Debtor Kionna K Fox court@bensonlawfirms.com ablfcourtsdil@gmail.com;bensonmr85605@notify.bestcase.com |
| Russell C Simon | simontrustee@yahoo.com pacer@simonch13trustee.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 3