IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Kionna K Fox | ) | |
| | ) | |
| | ) | Bk. No: 23-30324 |
| Debtor(s) | ) | |

## TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO COMMENCE PAYMENT TO THE TRUSTEE UNDER 11 U.S.C. § 1307 (c) (4) (BAPCPA)

**TO THE HONORABLE U. S. BANKRUPTCY JUDGE:**

**COMES NOW,** RUSSELL C. SIMON, Chapter 13 Trustee, and for his Motion, states as follows:

Debtor(s) have failed to commence payment in violation of the statute, and therefore this case should be dismissed.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned Trustee prays for an Order of Dismissal, or such other and further relief, both in law and in equity, to which he shows himself justly entitled.

/s/Russell C. Simon
RUSSELL C. SIMON
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL  62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

### Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Motion was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, June 28, 2023.

/s/Carman

Kionna K Fox
9209 Bunkum Rd
Fairview Heights, IL  62208

.MICHAEL J BENSON
815 LINCOLN HIGHWAY STE 107
FAIRVIEW HEIGHTS, IL 62208