# Notice Recipients

District/Off: 0754–3  User: ao1492bnc  Date Created: 6/29/2023
Case: 23–30324–lkg  Form ID: 269  Total: 22

**Recipients of Notice of Electronic Filing:**
ust  United States Trustee  USTPRegion10.es.ecf@usdoj.gov
tr   Russell C Simon        simontrustee@yahoo.com
aty  Michael J Benson       court@bensonlawfirms.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Kionna K Fox         9209 Bunkum Road         Fairview Heights, IL 62208
4273161  Acima Credit         9815 South Monroe Street         4th Floor         Sandy, UT 84070
4276745  Ameren   Credit and Collection   2105 E. State Route 104   Pawnee, IL 62558
4276746  Ameren   PO Box 88034   Chicago, IL 60680
4273162  CFG Merchant Solutions LLC   10W 37th Street, Room 602   New York, NY 10018
4273163  Cresco Capital   222 South 15th St.   Omaha, NE 68102
4273164  Fidelity Creditor Service   Attn: Bankruptcy   441 North Varney Street   Burbank, CA 91502
4276747  Illinois Department of Revenue   BK Unit Level 7–425   100 W. Randolph St.   Chicago, IL 60601
4273165  Internal Revenue Service   PO Box 7346   Philadelphia, PA 19101–7346
4276247  LVNV Funding, LLC   Resurgent Capital Services   PO Box 10587   Greenville, SC 29603–0587
4276739  Quantum3 Group LLC as agent for   CF Medical LLC   PO Box 788   Kirkland, WA 98083–0788
4273166  Sallie Mae, Inc   Attn: Bankruptcy   Po Box 9500   Wilkes Barre, PA 18773
4273167  Scott Credit Union   Attn: Bankruptcy   101 Credit Union Way   Edwardsville, IL 62025
4273169  Snap Finance   1193 W 2400 S   Salt Lake City, UT 84119
4273170  Snap Finance   PO Box 26561   Salt Lake City, UT 84126
4273168  Snap Finance   c/o True Accord   16011 College Blvd., Ste 130   Lenexa, KS 66219
4273171  Springleaf Financial S   1334 Central Park Dr   O Fallon, IL 62269
4273172  Upgrade, Inc.   Attn: Bankruptcy   275 Battery Street 23rd Floor   San Francisco, CA 94111
4273173  Wakefield & Associates   Attn: Bankruptcy   7005 Middlebrook Pike   Knoxville, TN 37909

TOTAL: 19