# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

In re: Kionna K Fox
          Debtor(s)

Bankruptcy Proceeding No. 23−30324−lkg
Chapter No.: 13
Judge: Laura K. Grandy

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−8808

PLEASE TAKE NOTICE that a hearing will be held

　　　　at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave,
　　　　East St Louis, IL 62201
　　on 8/3/23 at 09:00 AM

to consider and act upon the following:

　　Motion to Dismiss Case for Failure to Make Plan Payments filed by Trustee Russell C Simon

Dated: June 29, 2023

DIRECT ALL COURT CORRESPONDENCE TO:　　　　　　　　　　Dean M Lugge
U.S. BANKRUPTCY COURT　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court
750 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

　Carrying of firearms is prohibited.  Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed
　carry license holder from carrying a firearm on or into any building/property under the control of a federal
　government or the courts.

　Hazardous road conditions may necessitate canceling scheduled hearings.  When applicable contact the Bankruptcy
　Clerk's office at (618) 482−9400.

United States Bankruptcy Court

Southern District of Illinois

In re:                                                                                                                                         Case No. 23-30324-lkg

Kionna K Fox                                                                                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0754-3                               User: ao1492bnc                                   Page 1 of 2

Date Rcvd: Jun 29, 2023                    Form ID: 269                                   Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kionna K Fox, 9209 Bunkum Road, Fairview Heights, IL 62208-1112 |
| 4273162 | + | CFG Merchant Solutions LLC, 10W 37th Street, Room 602, New York, NY 10018-7473 |
| 4273164 | ++ | FIDELITY CREDITOR SERVICE, 441 N VARNEY ST, BURBANK CA 91502-1733 address filed with court:, Fidelity Creditor Service, Attn: Bankruptcy, 441 North Varney Street, Burbank, CA 91502 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4273161 | + | Email/Text: bankruptcy@acimacredit.com | Jun 29 2023 18:05:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 4276745 | + | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Jun 29 2023 18:04:00 | Ameren, Credit and Collection, 2105 E. State Route 104, Pawnee, IL 62558-4681 |
| 4276746 | + | Email/Text: DLILBANKRUPTCYGROUP@ameren.com | Jun 29 2023 18:04:00 | Ameren, PO Box 88034, Chicago, IL 60680-1034 |
| 4273163 | | Email/Text: legal@lonemountaintruck.com | Jun 29 2023 18:04:00 | Cresco Capital, 222 South 15th St., Omaha, NE 68102 |
| 4273164 | | Email/Text: bankruptcydepartment@fcscollect.com | Jun 29 2023 18:04:00 | Fidelity Creditor Service, Attn: Bankruptcy, 441 North Varney Street, Burbank, CA 91502 |
| 4276747 | | Email/Text: rev.bankruptcy@illinois.gov | Jun 29 2023 18:04:00 | Illinois Department of Revenue, BK Unit Level 7-425, 100 W. Randolph St., Chicago, IL 60601 |
| 4273165 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2023 18:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4276247 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2023 18:11:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4276739 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2023 18:04:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4273169 | | Email/Text: bankruptcy@snapfinance.com | Jun 29 2023 18:04:00 | Snap Finance, 1193 W 2400 S, Salt Lake City, UT 84119 |
| 4273170 | | Email/Text: bankruptcy@snapfinance.com | Jun 29 2023 18:04:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 4273171 | | Email/PDF: cbp@omf.com | Jun 29 2023 18:11:38 | Springleaf Financial S, 1334 Central Park Dr, O Fallon, IL 62269 |
| 4273166 | + | Email/PDF: pa_dc_claims@navient.com | Jun 29 2023 18:11:41 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 4273167 | + | Email/Text: BankruptcyTeam@scu.org | Jun 29 2023 18:04:00 | Scott Credit Union, Attn: Bankruptcy, 101 Credit Union Way, Edwardsville, IL 62025-3504 |

| District/off: 0754-3 | User: ao1492bnc | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 269 | Total Noticed: 19 |

| 4273168 | + Email/Text: accountservicing@trueaccord.com | Jun 29 2023 18:04:00 | Snap Finance, c/o True Accord, 16011 College Blvd., Ste 130, Lenexa, KS 66219-9877 |
| 4273172 | Email/Text: bknotice@upgrade.com | Jun 29 2023 18:04:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 4273173 | Email/Text: bankruptcytn@wakeassoc.com | Jun 29 2023 18:04:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J Benson | on behalf of Debtor Kionna K Fox court@bensonlawfirms.com ablfcourtsdil@gmail.com;bensonmr85605@notify.bestcase.com |
| Russell C Simon | simontrustee@yahoo.com pacer@simonch13trustee.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 3