# Notice Recipients

District/Off: 0754–3   User: ao1492bnc   Date Created: 7/20/2023
Case: 23–30324–lkg    Form ID: 394      Total: 6

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   USTPRegion10.es.ecf@usdoj.gov
tr    Russell C Simon         simontrustee@yahoo.com
aty   Michael J Benson        court@bensonlawfirms.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Kionna K Fox       9209 Bunkum Road         Fairview Heights, IL 62208
4273163   Cresco Capital     222 South 15th St.       Omaha, NE 68102
          Cresco Capital     200 Owen Parkway Circle  Carter Lake, IA 51510

TOTAL: 3