IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE TO FILER OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS**

DATE: July 20, 2023

DEBTOR NAME:   Kionna K Fox                                          FILER:    Cresco Capital

CASE NO.:   23−30324−lkg                    ADVERSARY NO.:

DOCUMENT NO.:  Proof of Claim #5−1        DOCUMENT TITLE:  Proof of Claim #5−1

Pursuant to this Court's General Order or Local Rule and / or the Federal Rules of Bankruptcy Procedure, one of the following errors / deficiencies has been identified in the document listed above which has been filed with the Court. However, no action will be taken on the pleading by the Court because of the following reason(s):

- ☐ Document entered in wrong case
- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☐ PDF Document is incomplete:
- ☐ Certificate of Service is incomplete
- ☐ Certificate of Service is missing
- ☐ Objection date is incorrect
- ☐ Objection date is missing
- ☐ Hearing information is incorrect
- ☐ Hearing information is missing
- ☐ Case Closed
- ☐ Supplemental Schedule does not comply with General Order 13−1
- ☑ Other:   Multiple Proof of Claims attached with inconsistent information

The stated deficiency(s) must be corrected and the entire document re−filed. Failure to do so may result in this Court taking such further additional action it deems appropriate, which may include striking the document(s) or dismissing the case without further notice or hearing.

United States Bankruptcy Court

Southern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-30324-lkg |
| Kionna K Fox | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-3 | User: ao1492bnc | Page 1 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: 394 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kionna K Fox, 9209 Bunkum Road, Fairview Heights, IL 62208-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: legal@lonemountaintruck.com | Jul 20 2023 17:56:00 | Cresco Capital, 200 Owen Parkway Circle, Carter Lake, IA 51510 |
| 4273163 | Email/Text: legal@lonemountaintruck.com | Jul 20 2023 17:56:00 | Cresco Capital, 222 South 15th St., Omaha, NE 68102 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 22, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J Benson | on behalf of Debtor Kionna K Fox court@bensonlawfirms.com ablfcourtsdil@gmail.com;bensonmr85605@notify.bestcase.com |
| Russell C Simon | simontrustee@yahoo.com pacer@simonch13trustee.com |

District/off: 0754-3  User: ao1492bnc  Page 2 of 2
Date Rcvd: Jul 20, 2023  Form ID: 394  Total Noticed: 3

United States Trustee
    USTPRegion10.es.ecf@usdoj.gov

TOTAL: 3