# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754−3 | User: admin | Date Created: 08/01/2023 |
| Case: 23−30324−lkg | Form ID: 355 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

ust      United States Trustee      USTPRegion10.es.ecf@usdoj.gov
tr        Russell C Simon      simontrustee@yahoo.com
aty      Michael J Benson      court@bensonlawfirms.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Kionna K Fox      9209 Bunkum Road      Fairview Heights, IL 62208

TOTAL: 1