IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUSSELL SIMON, TRUSTEE

vs

KIONNA FOX

**CASE NO** 23-30324
**CHAPTER:** 13

**DATE**: August 3, 2023
**PLACE**: East St Louis

---

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:  Russell Simon, Pro Se                    Appears

**COUNSEL FOR DEFENDANT:** Michael Benson                    Appears

**PROCEEDINGS:**  Motion to Dismiss Case

**MINUTES OF COURT:**

Case is called for hearing on the Motion to Dismiss Case filed by trustee Russell Simon. Pursuant to statements made in open court, the Motion is resolved. The debtor is granted up to August 14, 2023 to turnover over the sum of $1080.00 to the trustee. Failure by the debtor(s) to turnover the funds by August 14, 2023 will result in the dismissal of this case without further hearing or notice.

                                        Dean Lugge
                                    Clerk of Bankruptcy Court

                                By: /s/Tim Foley
                                        Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY.  THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**