# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Kionna K Fox<br><br>SSN/Individual Taxpayer ID Number (ITIN):<br><br>xxx−xx−8808<br><br>　　Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 23−30324−lkg |

## NOTICE OF REQUIREMENT TO FILE A
## CERTIFICATION OF COMPLETION OF COURSE IN
## PERSONAL FINANCIAL MANAGEMENT

　　Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 U.S.C. § 1328).  Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, unless an approved provider of an instructional course concerning personal financial management has notified the court that a debtor has completed the course after filing the petition, the debtor(s) must complete and file a Certification About a Financial Management Course (Official Form B 423) as described in 11 U.S.C. § 111.

　　Debtor(s) are hereby notified that Official Form B 423 must be filed before a discharge can be entered.  Debtor(s) are hereby notified that the debtor(s) must file Official Form B 423 no later than the date when the last payment is made by the debtor(s) as required by the plan or the filing of a motion for a discharge under 11 U.S.C. § 1328(b).  Failure to file the certification will result in the case being closed without an entry of discharge.  If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form B 423, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED: August 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Dean M Lugge**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE BANKRUPTCY COURT

United States Bankruptcy Court

Southern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-30324-lkg |
| Kionna K Fox | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 01, 2023 | Form ID: 355 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Kionna K Fox, 9209 Bunkum Road, Fairview Heights, IL 62208-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J Benson | on behalf of Debtor Kionna K Fox court@bensonlawfirms.com ablfcourtsdil@gmail.com;bensonmr85605@notify.bestcase.com |
| Russell C Simon | simontrustee@yahoo.com pacer@simonch13trustee.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 3