# Notice Recipients

District/Off: 0754–3    User: ao1492bnc    Date Created: 9/15/2023
Case: 23–30324–lkg    Form ID: 321    Total: 23

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Russell C Simon | simontrustee@yahoo.com |
| aty | Michael J Benson | court@bensonlawfirms.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Kionna K Fox | 9209 Bunkum Road | Fairview Heights, IL 62208 | |
| 4273161 | Acima Credit | 9815 South Monroe Street | 4th Floor | Sandy, UT 84070 |
| 4276745 | Ameren | Credit and Collection | 2105 E. State Route 104 | Pawnee, IL 62558 |
| 4276746 | Ameren | PO Box 88034 | Chicago, IL 60680 | |
| 4273162 | CFG Merchant Solutions LLC | 10W 37th Street, Room 602 | New York, NY 10018 | |
| 4273163 | Cresco Capital | 222 South 15th St. | Omaha, NE 68102 | |
| 4273164 | Fidelity Creditor Service | Attn: Bankruptcy | 441 North Varney Street | Burbank, CA 91502 |
| 4276747 | Illinois Department of Revenue | BK Unit Level 7–425 | 100 W. Randolph St. | Chicago, IL 60601 |
| 4273165 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 4276247 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 |
| 4276739 | Quantum3 Group LLC as agent for | CF Medical LLC | PO Box 788 | Kirkland, WA 98083–0788 |
| 4273166 | Sallie Mae, Inc | Attn: Bankruptcy | Po Box 9500 | Wilkes Barre, PA 18773 |
| 4273167 | Scott Credit Union | Attn: Bankruptcy | 101 Credit Union Way | Edwardsville, IL 62025 |
| 4273169 | Snap Finance | 1193 W 2400 S | Salt Lake City, UT 84119 | |
| 4273170 | Snap Finance | PO Box 26561 | Salt Lake City, UT 84126 | |
| 4273168 | Snap Finance | c/o True Accord | 16011 College Blvd., Ste 130 | Lenexa, KS 66219 |
| 4273171 | Springleaf Financial S | 1334 Central Park Dr | O Fallon, IL 62269 | |
| 4273172 | Upgrade, Inc. | Attn: Bankruptcy | 275 Battery Street 23rd Floor | San Francisco, CA 94111 |
| 4280492 | VITUITY IL AUC LLP | C/O WAKEFIELD & ASSOCIATES LLC | PO BOX 51272 | KNOXVILLE, TN 37950 |
| 4273173 | Wakefield & Associates | Attn: Bankruptcy | 7005 Middlebrook Pike | Knoxville, TN 37909 |

TOTAL: 20